**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RAY SOLANO, | ) | |
| Plaintiff, | ) | 3:16-cv-00075-RCJ-VPC |
| vs. | ) | |
| COUNTY COMMISSIONERS et al., | ) | **ORDER** |
| Defendants. | ) | |

Plaintiff Ray Solano filed a Complaint attached to an application to proceed *in forma pauperis*. Plaintiff alleges that he broke a tooth on a foreign object in the food at Washoe County Detention Center, and that the staff ignored his requests for medical assistance in violation of the Eighth Amendment. The Magistrate Judge denied the application because it was incomplete, ordering Plaintiff to "file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in accordance with 28 U.S.C. § 1915(a)," or to pay the filing fee, within thirty days on pain of dismissal. Plaintiff filed the previously missing financial certificates with his new application, but the application itself is incomplete. Specifically, page two of the application is missing.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Application to Proceed in Forma Pauperis (ECF No. 4) is DENIED, and the case is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 5th day of July, 2016.

_____
ROBERT C. JONES
United States District Judge