AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____****_____DISTRICT OF___NEVADA_____

RAY SOLANO,

              Plaintiff,                JUDGMENT IN A CIVIL CASE

   v.

                                    CASE NUMBER:  **3:16-cv-00075-RCJ-VPC**

WASHOE COUNTY
COMMISSIONERS, et al.,

              Defendant(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Application to Proceed in Forma Pauperis (ECF No. 4) is DENIED and the case is dismissed without prejudice.

July 5, 2016                               **LANCE S. WILSON**
                                          Clerk

                                       /s/ K. Rusin
                                       Deputy Clerk